UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

SAUL MEDINA-BAEZ,

                  **Defendant.**

------------------------------------------------------------X

24-CR-00705 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2024

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that the defendant shall appear for a sentencing on Tuesday, April 1, 2025, at 2:30 p.m. in Courtroom 219, 40 Foley Square, New York, New York. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 18, 2024
               New York, New York